| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without attorney* | **FILED & ENTERED**<br><br>**FEB 20 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** romero **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  RIVERSIDE  DIVISION**

| In re:<br><br>Christopher Eric Puga<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:09-bk-22598-MH<br>CHAPTER: 7<br><br>**ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required] |

**Creditor Name**: ___GL Recovery Group, LLC_____
*(Insert name of creditor holding lien to be avoided)*

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor(s) moved to avoid a judicial lien on real property claimed to be exempt.  THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion did not comply with LBR 9013-1(o).

2. **Hearing Information:**
   a. ☐ No hearing is required: Debtor(s) has filed a declaration (F 9013-1.2.NO.HEARING.DEC) stating that no opposition was timely received.
   b. ☐ A timely objection was received and a hearing was held as follows:
      (1) Date:_____  (2) Time:_____  (3) Courtroom: _____  (4) Judge: _____
      (5) The matter was  ☐ Contested  ☐ Uncontested  ☐ Settled by Stipulation  ☐ Not Prosecuted
      (6) ☐ Debtor(s) present in court (*Name*): _____
      (7) ☐ Attorney for Debtor(s) present in court (*Name*): _____
      (8) ☐ Attorney for Lienholder present in court (*Name*): _____
      (9) ☐ Other parties present as reflected in the court record

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*                                Page 1                          **F 4003-2.1.ORDER.RP**

3. The real property to which this Order applies is as follows:
   a. Street Address (*specify*): __29334 Grande Vista Ave., Menifee, CA 92854_____
   
   b. Legal Description (*specify*): Lot 43, tract 25253-1, book 376, APN 340-542-009     ☐ See Attached Page

4. Recording information regarding lien to be avoided:
   a. Date of recordation of lien (*specify*): __02/06/2009_____
   b. Recorder's instrument number or map/book/page number (*specify*): __2009-0059255_____

5. ☐ Motion granted:
   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. § 522(d)
   b. ☐ The judicial lien is hereby declared void and unenforceable:
      (1) ☐ In its entirety
      (2) ☐ In the following amount *only*: $ _____.  The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:     ☐ With prejudice     ☒ Without prejudice
   a. ☒ Insufficient notice.
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☒ Other (*specify*):
      (1) The proof of service attached to the Motion is blank; thus, the Court cannot verify that any party was served with the Motion.
      (2) Debtor did not provide any supporting documentation when he filed the Motion with the Court. Local Bankruptcy Rule 4003-2(d) requires that Debtor provides evidence of the following items when the Debtor files the Motion:
         (1) The balance remaining on the creditor's loan;
         (2) The fair market value of the subject property (This can be shown by either (1) an appraisal and declaration by an appraiser or (2) a declaration by the Debtor based on Debtor's personal knowledge.);
         (3) The identity of any other holder of a lien encumbering the subject property and the amount due and owing on such lien (This can be shown by a Deed of Trust showing a lien on the property or a title report. If the lien is a judgment lien, Debtor can provide an abstract of judgment.); and
         (4) The specific statutory authority for the claimed exemption (found in the California Code of Civil Procedure, as claimed on Debtor's Schedule C).
      (3) Debtor did not provide evidence of a senior lien on the property. A deed of trust or title report are sufficient evidence of the senior lien.
      (4) Debtor must also serve the senior lienholder, pursuant to Federal Rule of Bankruptcy Procedure 7004(h).
      (5) Debtor must attach the abstract of judgment evidencing that GL Recovery Group, LLC holds a lien against the property.
      (6) Debtor must serve the judgment lienholder (GL Recovery Group, LLC) at the address as listed on the abstract of judgment.
      (7) Debtor must provide a declaration under penalty of perjury authenticating all of the foregoing documents.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*                                          Page 2                                    **F 4003-2.1.ORDER.RP**

    (8) Debtor must comply with Local Bankruptcy Rule 9013-1(o)(3) which requires that after 14 days have passed since the Motion was served, Debtor must file a Declaration Re: Entry of Order Without Hearing Pursuant to LBR 9013-1(o). This document can be found on the Bankruptcy Court webpage under Local Bankruptcy Rules Forms. It is form F 9013-1.2.NO.HEARING.DEC.

7. ☐ The court further orders as follows (specify):          ☐ See Attached Page

###

Date: February 20, 2014

Mark Houle
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*     Page 3     **F 4003-2.1.ORDER.RP**